**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Jose PAREDES-RODRIGUEZ, also known as Victor Manuel Alonzo-Lopez, Defendant-Appellant**

**No. 16-40472**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed March 27, 2017

---

Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Jose Paredes-Rodriguez, Pro Se

Before HIGGINBOTHAM, PRADO, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose Paredes-Rodriguez has moved for leave to withdraw and has filed an initial brief and a supplemental brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Paredes-Rodriguez filed a response to counsel's initial brief but declined to file a response to the supplemental brief. We have reviewed counsel's briefs, Paredes-Rodriguez's response, and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.